IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GARY DAVIS et al., *individually and on behalf of a class of similarly situated individuals*,<br><br>        Plaintiffs,<br><br>v.<br><br>GENERAL MILLS OPERATIONS, LLC,<br><br>        Defendant. | CIVIL ACTION FILE NO.<br><br>1:24-cv-2409-MLB-JKL |
| LAQUANDA TURNER,<br><br>        Plaintiff,<br><br>v.<br><br>GENERAL MILLS OPERATIONS, LLC,<br>        Defendant. | CIVIL ACTION FILE NO.<br><br>1:24-cv-5969-MLB-JKL |
| TOMMY LEVI SANDERS,<br><br>        Plaintiff,<br><br>v.<br><br>GENERAL MILLS OPERATIONS, LLC, | CIVIL ACTION FILE NO.<br><br>1:24-cv-5972-MLB-JKL |

| | |
|---|---|
| Defendant. | |

| | |
|---|---|
| YUSSEF IBRAHIM,<br><br>  Plaintiff,<br><br>v.<br><br>GENERAL MILLS OPERATIONS,<br>LLC,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br><br>1:24-cv-5973-MLB-JKL |
| KEISHA REED,<br><br>  Plaintiff,<br><br>v.<br><br>GENERAL MILLS OPERATIONS,<br>LLC,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br><br>1:24-cv-5976-MLB-JKL |
| DEVAHN JEFFERSON,<br><br>  Plaintiff,<br><br>v.<br><br>GENERAL MILLS OPERATIONS,<br>LLC,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br><br>1:24-cv-5977-MLB-JKL |

2

GARY EAST,

      Plaintiff,

v.

GENERAL MILLS OPERATIONS, LLC,

      Defendant.

CIVIL ACTION FILE NO.

1:24-cv-5978-MLB-JKL

---

JOSHUA SULLIVAN,

      Plaintiff,

v.

GENERAL MILLS OPERATIONS, LLC,

      Defendant.

CIVIL ACTION FILE NO.

1:24-cv-5979-MLB-JKL

---

TAMARIA GOSS,

      Plaintiff,

v.

GENERAL MILLS OPERATIONS, LLC,

      Defendant.

CIVIL ACTION FILE NO.

1:24-cv-5980-MLB-JKL

| | |
|---|---|
| TITUS REID,<br><br>        Plaintiff,<br><br>v.<br><br>GENERAL MILLS OPERATIONS, LLC,<br><br>        Defendant. | CIVIL ACTION FILE NO.<br><br>1:24-cv-5981-MLB-JKL |
| LETONYA HUNTER,<br><br>        Plaintiff,<br><br>v.<br><br>GENERAL MILLS OPERATIONS, LLC,<br><br>        Defendant. | CIVIL ACTION FILE NO.<br><br>1:25-cv-861-MLB-JKL |
| BRANDON HOGAN,<br><br>        Plaintiff,<br><br>v.<br><br>GENERAL MILLS OPERATIONS, LLC,<br><br>        Defendant. | CIVIL ACTION FILE NO.<br><br>1:25-cv-862-MLB-JKL |
| KELVIN PHILLIPS, II,<br><br>        Plaintiff, | CIVIL ACTION FILE NO. |

4

| | |
|---|---|
| v. | 1:25-cv-864-MLB-JKL |
| GENERAL MILLS OPERATIONS, LLC, | |
| Defendant. | |

| | |
|---|---|
| DONALD BROOKS, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NO. |
| GENERAL MILLS OPERATIONS, LLC, | 1:25-cv-865-MLB-JKL |
| Defendant. | |

| | |
|---|---|
| NATHAN WATERS, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:25-cv-866-MLB-JKL |
| GENERAL MILLS OPERATIONS, LLC, | |
| Defendant. | |

| | |
|---|---|
| JIMMIE GRANVILLE, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:25-cv-867-MLB-JKL |

GENERAL MILLS OPERATIONS,
LLC,

        Defendant.

## SECOND OMNIBUS CASE MANAGEMENT CONSENT ORDER

Before the Court is the parties' joint motion for their second proposed omnibus case management consent order. For good cause shown and in the interests of judicial economy, the preservation of resources, and efficient case management, the Court **GRANTS** the parties' joint motion and hereby **ORDERS**:

A.    All deadlines in the below-identified cases are stayed except as set forth in this Order:

1.  *Gary Davis et al. v. General Mills Operations, LLC*, Case No. 1:24-cv-02409-MLB-JKL, which has 16 named plaintiffs: Gary Davis, Joe Davis, Justin Harris, Devahn Jefferson, Keith McClinton, Donald Outlaw, E.J. Rivers, Naaman Smith, Rick Childs, Melvin Drew, Darrius Edge, Mario Floyd, Ken Harris, Rakia Levesque, Samuel Mayhan, and Laquanda Turner

2.  *Laquanda Turner v. General Mills Operations, LLC*, Case No. 1:24-cv-05969-MLB-JKL

3.  *Tommy Levi Sanders v. General Mills Operations, LLC*, Case No. 1:24-

cv-05972-MLB-JKL

4.  *Yussef Ibrahim v. General Mills Operations, LLC*, Case No. 1:24-cv-05973-MLB-JKL

5.  *Keisha Reed v. General Mills Operations, LLC*, Case No. 1:24-cv-05976-MLB-JKL

6.  *Devahn Jefferson v. General Mills Operations, LLC*, Case No. 1:24-cv-05977-MLB-JKL

7.  *Gary East v. General Mills Operations, LLC*, Case No. 1:24-cv-05978-MLB-JKL

8.  *Joshua Sullivan v. General Mills Operations, LLC*, Case No. 1:24-cv-05979-MLB-JKL

9.  *Tamaris Goss v. General Mills Operations, LLC*, Case No. 1:24-cv-05980-MLB-JKL

10. *Titus Reid v. General Mills Operations, LLC*, Case No. 1:24-cv-05981-MLB-JKL.

11. *Nathan Waters v. General Mills Operations, LLC*, Case No. 1:24-cv-00866-MLB-JKL

12. *Kelvin Phillips II v. General Mills Operations, LLC*, Case No. 1:24-cv-00864-MLB-JKL

13. *Donald Brooks v. General Mills Operations, LLC*, Case No. 1:24-cv-00865-MLB-JKL

14. *Brandon Hogan v. General Mills Operations, LLC*, Case No. 1:24-cv-00862-MLB-JKL

15. *LeTonya Hunter v. General Mills Operations, LLC*, Case No. 1:24-cv-00861-MLB-JKL

16. *Jimmie Granville v. General Mills Operations, LLC*, Case No. 1:24-cv-00867-MLB-JKL

17. Any additional cases Plaintiffs' counsel files against Defendant related to the allegations set forth in above-identified complaints.

B. Plaintiffs' counsel effectuated the voluntary dismissal, without prejudice, of the following cases on February 7, 2025:

1. *Joseph Davis v. General Mills Operations, LLC*, Case No. 1:24-cv-05342-MLB-JKL

2. *Keith McClinton v. General Mills Operations, LLC*, Case No. 1:24-cv-05343-MLB-JKL

3. *Gary Davis v. General Mills Operations, LLC*, Case No. 1:24-cv-05344-MLB-JKL

4. *Naaman Smith v. General Mills Operations, LLC*, Case No. 1:24-cv-

05345-MLB-JKL

5. *Samuel Mayhan v. General Mills Operations, LLC*, Case No. 1:24-cv-05970-MLB-JKL

6. *Rick Childs v. General Mills Operations, LLC*, Case No. 1:24-cv05971-MLB-JKL

7. *Darrius Edge v. General Mills Operations, LLC*, Case No. 1:24-cv-05974-MLB-JKL

8. *Rakia Levesque v. General Mills Operations, LLC*, Case No. 1:24-cv-05975-MLB-JKL

C. Plaintiffs' counsel filed all known, ripe complaints not previously filed on February 18, 2025.

D. Plaintiffs' counsel filed any known needed amended complaint (or motion to amend if required) in the above-referenced cases on February 18, 2025. This includes known needed amended complaints for the cases listed in paragraphs (A)(2) and (A)(6) above. This order does not alter or prejudice Plaintiffs' rights under the Federal Rules of Civil Procedure, local rules of the Court, or otherwise.

E. Defendant filed any motion to dismiss in any case listed above on March 18, 2025. Plaintiffs shall have thirty (30) days to respond thereto. Defendant shall have thirty (30) days to file reply briefs.

9

F.  Once all motions to dismiss are ruled upon by the District Judge, Defendant has thirty (30) days to file its answer(s) to any of the above-identified complaints that remain.

G.  Within fourteen (14) days after the last District Judge Order disposing of all motions to dismiss filed in the above-referenced cases, the parties shall hold a global Rule 26(f) conference to discuss and develop a proposed scheduling/discovery order governing individual and/or class discovery, all of which will start contemporaneously.

H.  The parties shall submit to the Court their proposed global Rule 26(f) report within thirty (30) days of the last District Judge Order disposing of all motions to dismiss filed in the above-referenced cases. On this same date, the parties shall file their initial disclosures in all of the above-identified cases that remain.

I.  The global Rule 26(f) report shall state the dates for the commencement and end, as well as scope, of the class and/or individual discovery periods. The report shall also set forth deadlines for any expert discovery and other matters as set forth in the applicable rules and standing orders.

J.  The parties shall hold a global Local Rule 16.3 conference no later than fourteen (14) days after the close of the class or individual discovery periods, whichever is later.

10

K. If, following the District Judge's ruling on the motions to dismiss, Plaintiffs' class allegations remain, Plaintiffs' deadline to file a motion for class certification is forty-five (45) days after the class discovery period ends. Defendant shall have forty-five (45) days to file its response to any class certification motion. Plaintiffs shall have twenty-one (21) days to file their reply brief.

L. Any motions for summary judgment shall be filed no later than forty-five (45) days after the close of the class or individual discovery periods, or a ruling on Plaintiffs' class certification motion, whichever is later. The responding party shall have forty-five (45) days to file its response to any summary judgment motion. The moving party shall have forty-five (45) days to file any reply in support of summary judgment.

M. The Clerk is directed to enter this Order in each of the above-identified cases.

IT IS SO ORDERED this 31st day of March, 2025.

_____
JOHN K. LARKINS III
United States Magistrate Judge

11